UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JULIE K. BULLOCK**,　　　　　　　　　　　Case No. 2:14-cv-00873-KI

　　　　　Plaintiff,　　　　　　　　　　　　JUDGMENT

　　v.

**COMMISSIONER OF SOCIAL SECURITY**,

　　　　　Defendant.

　　　Merrill Schneider
　　　Schneider Kerr & Gibney Law Offices
　　　P.O. Box 14490
　　　Portland, OR 97293

　　　　　Attorney for Plaintiff

　　　S. Amanda Marshall
　　　United States Attorney
　　　District of Oregon

Page 1 - JUDGMENT

Ronald K. Silver
Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, OR 97201-2902

John C. Lamont
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Suite 2900 M/S 221A
Seattle, WA 98104-7075

    Attorneys for Defendant

KING, Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

IT IS SO ORDERED.

DATED this ___6th___ day of May, 2015.

       /s/ Garr M. King
       Garr M. King
       United States District Judge

Page 2 - JUDGMENT